

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2015

No. 04-14-00558-CV

Edna A. **MARTINEZ**,
Appellant

v.

**STATE OFFICE OF RISK MANAGEMENT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-17102
Honorable Antonia Arteaga, Judge Presiding

## ORAL ARGUMENT ADVISORY

The panel assigned to hear oral argument in this appeal is familiar with the facts and requests that the parties limit their oral argument to the second issue presented in the appellant's brief, "Whether SORM can raise Martinez's alleged statutory violation as a basis for denial for the first time on judicial review, when it did not raise the issue at any stage of the administrative proceeding?"

It is so **ORDERED** on December 11, 2015.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court